6/2/21

RECEIVED
SDNY PRO SE OFFICE
2021 JUN -4 PM 3:57

United States District Court
Southern District of New York

Boisey Caldwell
    Plaintiff

Case No. 21-CV-_____

Against

Gerald M. Cohen; Jon L, Norinsbeg;
Stephen Neuwirth; Elinor C. Sutton et al
Quiana Smith-Williams; Rachel Seligman Weiss;
Suzanna Publicker Mattham and Danial Passeser

Misrepresentation has no statute of Limitations
71025

    Defendants

This is an Affidavit of Service and order of appearance listing where
Gerald M. Cohen; Jon L 233 Broadway Suite 1800 New York, NY 10279 (212) 374-9115;
Norinsbeg 225 Broad way Suite 2700 New York NY 10007 (212) 791-5396; Stephen Neuwirth;
Elinor C. Sutton 51 Madison Ave. 22nd Floor New York NY 10010: Quiana Smith-Williams; Rachel
Seligman Weiss; Suzanna Publicker Mattham and Danial Passeser of the Department of Law 100
Church Street New York, NY 10007 appeared in the meetings conducted concerning "the Mass
Fourth Amendment Violations" imposed by the Department of Law against at least 1, 000, 000
males of African descent and it was meant to cause "Mass Incarceration" under the Authority
of the Department of Law.

Those who were infringed upon are held in a high degree of disdain after all they are the ones
who are subjected to the abuse of power of the department of law and, equal protection of the
Law is denied to them by Gerald M. Cohen; Jon L 233 Broadway Suite 1800 New York, NY 10279
(212) 374-9115; Norinsbeg 225 Broad way Suite 2700 New York NY 10007 (212) 791-5396;
Stephen Neuwirth; Elinor C. Sutton 51 Madison Ave. 22nd Floor New York NY 10010: Quiana
Smith-Williams; Rachel Seligman Weiss; Suzanna Publicker Mattham and Danial Passeser of the
Department of Law 100 Church Street New York, NY 10007 appeared in the meetings
conducted concerning "the Mass Fourth Amendment Violations" imposed by the Department
of Law against at least 1, 000, 000 males of African descent and it was meant to cause "Mass
Incarceration" under the Authority of the Department of Law.

In the attached we find that Zachary Carter is who umbrella under which Quiana Smith-
Williams; Rachel Seligman Weiss; Suzanna Publicker Mattham and Danial Passeser of the
Department of Law 100 Church Street New York, NY 10007 appeared on behalf of the
Department of Law who is given sole authority to deal with crimes, yet the duty is not to
commit crimes which is exactly what they did do instead, and that is the reason why 10 cv 4228
has been brought into being.

2021 JUN -3 PM 2:19
RECEIVED

Those who claim to advocate have done so maliciously and their intent it contrary to law, such conduct violates the Constitution. I took my cases to trial and that is a deprivation because I was not free to continue living unrestrained until after I won each and every case that I did not know how to defend, but I am teaching myself the law and I am not going to stop until I win.

Respectfully yours,

*[signature]*